JOSEPHINE DUMAR, as Administratrix of the Estate of MOSES DUMAR, Deceased, Appellant, *v.* WITHERBEE, SHERMAN & Co., Respondent.

*Dumar* v. *Witherbee, Sherman & Co.,* 106 App. Div. 616, affirmed.
(Argued March 27, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Thomas F. Conway* for appellant.

*Berne A. Pyrke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.

---

HAROLD NATHAN, as Administrator of the Estate of MARTIN CASSIDY, Deceased, Respondent, *v.* SIMON UHLMANN, as Executor of FREDERICK UHLMANN, Deceased, Appellant, Impleaded with Others.

*Nathan* v. *Uhlmann,* 101 App. Div. 388, affirmed.
(Argued March 27, 1906; decided April 17, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1905, which reversed a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*William A. Jenner* and *Oscar W. Jeffrey* for appellant.

*Harold Nathan* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.